STATE of Missouri, Respondent,

v.

Leon Tyrone MOSS, Appellant.

No. ED 102299

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: August 2, 2016

Kent E. Gipson, Kansas City, MO, for appellant.

Chris Koster, Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM

Leon Tyrone Moss appeals from the judgment entered upon a jury verdict finding him guilty of first-degree murder and armed criminal action. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information

only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).